**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Carlos VASQUEZ, Defendant-**
**Appellant.**

**No. 16-15921**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(June 6, 2017)

Andy Ross Camacho, Wifredo A. Ferrer, Daren Grove, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Arthur Wallace, appointed counsel for Carlos Vasquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vasquez's conviction and sentence are **AFFIRMED**.